UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO CASILLA-DIAZ,<br><br>Plaintiff,<br><br>v.<br><br>ST. THOMAS MOORE HOSPITAL, et al.,<br><br>Defendants. | No. 2:23-cv-1744-EFB (PC)<br><br><br><br>ORDER |

Plaintiff is a federal prisoner proceeding without counsel in a civil action. His complaint (ECF No. 1) asserts claims against defendants who are alleged to reside in Colorado and asserts claims that allegedly arose in Colorado.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

/////

/////

1

In this case, any potential claims arose in the District of Colorado. For the convenience of the parties and witnesses and in the interests of justice, this case is transferred to the District of Colorado. *See* 28 U.S.C. §§ 1391(b), 1404(a); 28 U.S.C. § 85.

So ordered.

Dated: August 21, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2